```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA UNDERWOOD, individually and on behalf of other persons similarly situated,

      Plaintiffs,

  -against-

CENTERPLATE, INC.; or any other related entities,

      Defendants.

15 Civ. 2114 (JMF)

**STIPULATION AND ORDER FOR DISCONTINUANCE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Debra Underwood and Defendant Centerplate, Inc., by and through their undersigned counsel of record, do hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby voluntarily dismissed without prejudice and without an award of costs to any party.

2. Plaintiff Underwood wishes to join the putative state class action against Defendant Centerplate, Inc., currently pending in the New York State Supreme Court before Judge Rakower, captioned *Maor v. Volume Services America, d/b/a Centerplate*, Index No. 158298/2014, commenced on August 22, 2014.

3. Plaintiffs will request leave to amend the *Maor* complaint to add Plaintiff Underwood as an additional Named Plaintiff. Centerplate will not oppose Plaintiff's application.

4. Nothing in this stipulation shall be construed as an acknowledgement or consent, express or implied, by Centerplate to class certification in any action filed by Plaintiffs against Centerplate.

IT IS SO STIPULATED

Dated: New York, New York
July 7, ~~July 2,~~ 2015

VIRGINIA & AMBINDER, LLP

_____
Lloyd R. Ambinder
Suzanne Leeds Klein
40 Broad Street, 7th Floor
New York, New York 10004
Phone: (212) 943-9080
Fax: (212) 943-9082
lambinder@vandallp.com
*Attorneys for Plaintiffs*

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
One Old Country Road, Suite 347
Carle Place, New York 11514
Phone: (516) 873-9550
*Attorneys for Plaintiffs*

KEANE & BEANE, PC

_____
Edward J. Phillips
445 Hamilton Avenue, Suite 1500
White Plains, NY 10601
New York, New York 10601
Phone: (914) 946-4777
Fax: (914) 946-6868
ephillips@kblaw.com
*Attorneys for Defendants*

BARNES & THORNBURG LLP
Kathleen M. Anderson
Adam L. Bartrom
110 E. Wayne Street, Suite 600
Phone: (260) 423-9440
Fax: (260) 424-8316
*Attorneys for Defendants*

SO ORDERED this 9th day of July, 2015

_____
JESSE M. FURMAN
United States District Judge

The Clerk of Court is directed to close this case. All motions are moot. All conferences are cancelled.